

FILED

11/02/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0579

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0579

TERRY WALLACE,

    Appellant,

v.

CITY OF MISSOULA,

    Appellee.

ORDER

**FILED**

NOV - 2 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

Appellant Terry Wallace has filed a motion to dismiss this appeal pursuant to the settlement reached by the parties. Good cause appearing,

IT IS HEREBY ORDERED that this appeal is DISMISSED WITH PREJUDICE.

DATED this ____ day of November, 2023.

For the Court,

_____
Chief Justice